# EXHIBIT A

US010384834B2

(12) **United States Patent**
Smith et al.

(10) Patent No.: **US 10,384,834 B2**
(45) Date of Patent: *Aug. 20, 2019

(54) **CONTAINER FOR PROVIDING AROMATIC SAMPLING AND VISUALIZATION OF CONTENTS**

(71) Applicants:**William Thomas Smith**, Fair Oaks, CA (US); **Cheryl Ann Smith**, Fair Oaks, CA (US)

(72) Inventors: **William Thomas Smith**, Fair Oaks, CA (US); **Cheryl Ann Smith**, Fair Oaks, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **15/464,823**

(22) Filed: **Mar. 21, 2017**

(65) **Prior Publication Data**
US 2017/0190482 A1 Jul. 6, 2017

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 14/701,961, filed on May 1, 2015, now Pat. No. 9,630,747.

(51) **Int. Cl.**
| | |
|---|---|
| *A47F 3/14* | (2006.01) |
| *A47F 7/28* | (2006.01) |
| *B65D 25/10* | (2006.01) |
| *B65D 25/22* | (2006.01) |
| *B65D 25/54* | (2006.01) |
| *B65D 51/24* | (2006.01) |

(52) **U.S. Cl.**
CPC .............. *B65D 25/54* (2013.01); *A47F 3/145* (2013.01); *A47F 7/286* (2013.01); *B65D 25/106* (2013.01); *B65D 25/22* (2013.01);
*B65D 51/24* (2013.01); *B65D 51/245* (2013.01); *B65D 2201/00* (2013.01); *B65D 2203/12* (2013.01)

(58) **Field of Classification Search**
CPC ..... A45D 34/02; A47F 7/286; B65D 2201/00; B65D 47/32; B65D 24/46; B65D 47/121; B65D 85/52; B65D 85/50; B65D 85/505; B65D 85/70; B65D 25/54; Y10S 261/88; Y10S 428/905; A01G 5/06
USPC ..... 206/430, 733, 734; 220/367.1, 377, 360, 220/361, 371, 372
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,807,901 A | 10/1957 | Gilowitz | |
| 3,656,840 A | 4/1972 | Smith et al. | |

(Continued)

FOREIGN PATENT DOCUMENTS

EP 1779885 5/2007

*Primary Examiner* — Fenn C Mathew
*Assistant Examiner* — Jennifer Castriotta
(74) *Attorney, Agent, or Firm* — Ballard Spahr LLP

(57) **ABSTRACT**

Aspects of the present invention disclose and describe embodiment containers for displaying, visualizing, and aroma sampling botanical materials—such as tea, cannabis, and the like including a container body, lid, and lens—which may have various shapes. In a preferred embodiment, the lid is shaped to define a recessed area with scent openings permitting aroma sampling of a sample contained within. A removable plug is shaped to fit within the recessed area of the lid. The container body and lid, with the removable plug fit within the lid, and form an airtight chamber within. A botanical sample may be visualized through the lens.

**20 Claims, 18 Drawing Sheets**



**US 10,384,834 B2**

Page 2

(56)                    **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,230,231 A * | 10/1980 | Burnett ............. | B65D 39/0047 |
| | | | 215/277 |
| 4,979,332 A | 12/1990 | Nagaya et al. | |
| 5,321,908 A | 6/1994 | Ushimaru | |
| 5,363,801 A | 11/1994 | Watters et al. | |
| 5,927,007 A | 7/1999 | Oda et al. | |
| 6,013,524 A | 1/2000 | Friars et al. | |
| 7,185,827 B2 | 3/2007 | Quintard et al. | |
| 8,079,478 B2 | 12/2011 | Short et al. | |
| 8,544,208 B2 | 10/2013 | Huang | |
| 2003/0234208 A1 | 12/2003 | Huang | |
| 2009/0261100 A1 | 10/2009 | McMinn | |
| 2010/0300370 A1 | 12/2010 | Hundt | |
| 2013/0313217 A1 * | 11/2013 | Yamamoto .......... | B65D 1/0207 |
| | | | 215/12.1 |
| 2016/0031605 A1 * | 2/2016 | Bean .................... | B65D 25/54 |
| | | | 206/1.5 |

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4                    FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10



125

122

120

FIG. 11



FIG. 12

FIG. 13



FIG. 14

FIG. 15



FIG. 16

FIG. 17



FIG. 18

FIG. 19



FIG. 20

FIG. 21



FIG. 22

FIG. 23



FIG. 24

FIG. 25



FIG. 26

FIG. 27



FIG. 28

FIG. 29

US 10,384,834 B2

1

# CONTAINER FOR PROVIDING AROMATIC SAMPLING AND VISUALIZATION OF CONTENTS

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation in part of U.S. patent application Ser. No. 14/701,961 filed May 1, 2015, entitled "Container for Providing Aromatic Sampling and Visualization of Contents" which is currently pending, which is incorporated by reference in its entirety and made part of this specification.

## BACKGROUND

Display containers are known in the prior art. Customers commonly wish to visualize contents contained within a display container, and on some occasions, visualize contents under magnification. Further, prospective purchasers frequently wish to test the aroma of contained contents for suitability, freshness, or other features. For example, customers wishing to purchase tea may wish to inspect leaves and sample the aroma. Further, purchasers of legally available cannabis commonly wish to inspect the botanical product in detail and sample aroma. Such display containers that permit adequate storage, preservation, and presentation of botanical samples, such as cannabis, are not adequately described or available.

## SUMMARY

Aspects of the present invention disclose and describe a container for displaying, visualizing, and aroma sampling botanical materials—such as tea, cannabis, and the like. Aspects of the present invention further disclose a container permitting stabilization and magnification of a portion of a sample material—such as a botanical sample.

## DRAWINGS

FIG. **1** is an exploded perspective view of an embodiment of the present invention.

FIG. **2** is a top view of an embodiment container body of the present invention.

FIG. **3** is a bottom view of an embodiment container body of the present invention.

FIG. **4** is a side elevation view of an embodiment container body of the present invention.

FIG. **5** is a cross-sectional view taken through line **5-5** of FIG. **4**.

FIG. **6** is a side elevation view of an embodiment lid of the present invention.

FIG. **7** is a cross-sectional view taken through line **7-7** of FIG. **6**.

FIG. **8** is a perspective view of an embodiment of the present invention.

FIG. **9** is a perspective view of an embodiment lid of the present invention.

FIG. **10** is an exploded perspective view of an embodiment of the present invention.

FIG. **11** is a bottom view of an embodiment container body and embodiment tether.

FIG. **12** is a perspective view of an embodiment square container body.

FIG. **13** is a bottom perspective view of an embodiment square container body.

2

FIG. **14** is a perspective view of an embodiment round container body.

FIG. **15** is a bottom perspective view of an embodiment round container body.

FIG. **16** is a perspective view of an embodiment rectangle container body.

FIG. **17** is a bottom perspective view of an embodiment rectangle container body.

FIG. **18** is a perspective view of an embodiment oval cross-section container body.

FIG. **19** is a bottom perspective view of an embodiment oval cross-section container body.

FIG. **20** is a perspective view of a first embodiment hexagonal container body.

FIG. **21** is a bottom perspective view of a first embodiment hexagonal container body.

FIG. **22** is a perspective view of a second embodiment hexagonal container body.

FIG. **23** is a bottom perspective view of a second embodiment hexagonal container body.

FIG. **24** is a perspective view of an embodiment diamond container body.

FIG. **25** is a bottom perspective view of an embodiment diamond container body.

FIG. **26** is a perspective view of an embodiment oval container body.

FIG. **27** is a bottom perspective view of an embodiment oval container body.

FIG. **28** is a perspective view of an embodiment triangle container body.

FIG. **29** is a bottom perspective view of an embodiment triangle container body.

## DESCRIPTION

Turning now to FIG. **1**, container **5** comprises, a container body **10** having an interior surface **15** and exterior surface **20**. Container body **10** is shaped to define an open top **25**, a bottom **30**, a front **35**, a back **40**, a first side **42**, a second side **44**, and a plurality of feet **45**. Container body **10** is further shaped to define a perimetrical ridge **50** surrounding said open top **25**. A portion of the container body **10** is shaped to define mounting projection **55** to hold a subject sample such as a botanical sample.

Lid **60** has an interior lid surface **65** (FIG. **7**) and exterior lid surface **70**. Lid **60** is shaped to define a perimeter **75**, and optionally further shaped to define at least one projection **80** disposed on a portion of said exterior surface **70** of said lid **60**. One or more projection **80** functions as a card holder to provide information on the sample within container body. Optionally, projection **80** is omitted and informational material is presented within container body—such as a portion of container body **10** shaped to define a card holder within container body **10**. Lid **60** is further shaped to define a viewing opening **85**. Lid **60** is further shaped to define a recessed area **90**, and further shaped to define a plurality of scent openings **95** within said recessed area **90**. In one example embodiment, scent openings are about 0.125 inches in diameter and arranged in two rows. Removable plug **105** shaped to fit within recessed area **90** forming an airtight seal. In one embodiment, the recessed area and removable plug are omitted, and scent holes are located flush on the surface of lid **60**, and optionally scent hole patency is adjustable.

Turning to FIG. **7**, Lens **100** disposed to cover said viewing opening **85**. Lens **100** may be affixed to lid **60** by snap fit, or friction fit or adhesively. Lens **100** covers viewing opening **85**. Lens **100** forms an airtight seal between

US 10,384,834 B2

3

lens **100** and said lid **60**. In a preferred embodiment, lens **100** is adhesively affixed within viewing opening **85**. In one embodiment, lens **100** is a plano-convex lens such as Lens #90-1235 manufactured by J.P. Manufacturing. A variety of lenses may be used such as a 1×, 2×, or 3× magnifier. In an alternative embodiment, the lens is not a magnifier.

Turning to FIG. **8**, Lid **60** is fitted on the perimetrical ridge **50** of said container body **10** forming an airtight chamber **110**, wherein said plug **105** forms an airtight seal between plug **105** and recessed area **90** of said lid **60** completely sealing chamber **110**. In one embodiment, plug **105** is comprised of soft material such as soft rubber or silicone. Lid **60** is further illustrated by FIG. **9**.

FIG. **2** illustrates a top view of container body **10** showing interior surface **15**. It should be noted that in one embodiment, corners **115** between container body **10** front **35**, a back **40**, a first side **42**, a second side **44**, are rounded, yet in an alternative embodiment corners may be relatively sharp.

FIG. **3** illustrates a bottom view of container body **10** showing exterior surface **20**. In one embodiment, bottom **30** is flat, in another embodiment, container body **10** bottom may be convex or concave. In a preferred embodiment, bottom **30** is flat and feet **45** allow container body **10** to be set on a flat resting surface where bottom **30** is not in contact with the flat surface. Mounting recess **66** allows an optional tether **120** to be affixed to the apparatus (FIGS. **10-11**). In one embodiment, illustrated by FIGS. **10-11**, tether **120** terminates in eyelet **122**. Eyelet **122** is affixed to container **5** by screw **125** which passes through eyelet **122** and tapped into recess **66** thereby holding eyelet **122** and tether **120** in place. Tether **120** allows apparatus **5** to be carried by tether. Apparatus **5** may be rested on a flat surface with tether **120** in place because feet **45** provide sufficient clearance between the eyelet and the flat resting surface.

FIG. **4** illustrates a side elevation view illustrating feet **45** and perimetrical ridge **50**.

FIG. **5** is a sectional view taken through line **5-5** of FIG. **4**, illustrating a section of mounting spike **55** and recess **66** within. FIG. **6** is a side elevation view of lid **60** demonstrating exterior lid surface **70** and projection **80**. FIG. **7** is a sectional view taken through line **7-7** of FIG. **6**. Lens **100** is shown within viewing opening **85**. In one preferred embodiment, lens **100** is countersunk within viewing opening **85**. In an alternative, lens **100** may be domed above viewing opening **85**. Lens **100** may be mounted on or within viewing opening **85** in any fashion permitting visualization through viewing opening **85**. In one embodiment, lens **100** may be replaced with a window which provides viewing but lacks magnification power.

In use, a botanical sample, such as a sample of cannabis, is selected and placed within container body **10**. A portion of the sample may be mounted on mounting projection **55**. In one example, the end of mounting projection **55** is relatively sharp and capable of piercing a botanical sample—such as a botanical sample of cannabis. The sample is held on projection **55** due to frictional contact with the sample and aided by the sticky nature of the resin. Lid **60** engages perimetrical ridge **50** container body **10** fastening lid **60** and container body **10** together to form chamber **110**. Plug **105** is inserted within recessed area **90** to seal the plurality of scent openings **95** to make chamber **110** airtight. An identification card, bearing information about the botanical product, may be secured by two projections **80**. Turning to FIGS. **10** and **11**, an optional, tether **120** may be affixed as described above. In one embodiment, such a tether may be a lanyard worn about the neck. In another embodiment,

4

tether **125** may be retractable. Tether **125** may be affixed by other means—screw **125** and eyelet **122** providing only an example. The above example of use applies to container bodies of all shapes described herein, which may or may not include mounting projection **55**. If the container does not include a mounting projection, the botanical sample would rest on the internal surface of the container.

Container body **10** and lid **60**, and any container body and lid described herein, may be formed by injection molding and comprised of Poly(methyl methacrylate) (PMMA). Alternatively, container body **10** and lid **60** may be comprised of Styrene Acrylonitrile resin (SAN) or polycarbonate plastic. Container body **10** and lid **60** may be comprised of any moldable material. Container body **10** and lid **60** may be transparent, translucent or opaque—depending on the specimen to be contained within.

Container **5**, and other containers and container bodies described herein, may be used for a variety of purposes. For example the inventive apparatus may be used as an entomological storage display. In an alternative, mounting projection **55** may be outfitted with one or more pins, clips, fasteners, prong holder, or adhesive contacts to prepare and display specimens. Further, the present invention is of use for storage, presentation and display of many other items where magnification of the sample or product is desired. For example, projection **55** may be modified to hold other collectable collectible items such as coins, stamps, or jewelry. It these embodiments, lid **60** will be optional shaped without a recessed area or scent holes, or shaped to provide an opening for ventilation. In one embodiment, lid **60** provides user-adjustable ventilation.

FIG. **12** illustrates a container body **1210** shaped to define a square having a bottom surface **1230** (illustrated by FIG. **13**). Lens **1299** is shown within viewing opening **1285**. In one preferred embodiment, lens **1299** is countersunk within viewing opening **1285**. In an alternative, lens **1299** may be domed above viewing opening **1285**. Lens **1299** may be mounted on or within viewing opening **1285** in any fashion permitting visualization through viewing opening **1285**. In one embodiment, lens **1299** may be replaced with a window which provides viewing but lacks magnification power. Lid **1260** fits snugly on container body **1210** forming an airtight seal, defining chamber **1211**. Plug **105**, illustrated by FIGS. **1**, **8**, and **10**, is inserted within recessed area **1290** to seal the plurality of scent openings **1295** to make chamber **1211** airtight.

FIG. **14** illustrates a round embodiment container body **1410** having a bottom surface **1430** (illustrated by FIG. **15**). Lens **1499** is shown within viewing opening **1485**. In one preferred embodiment, lens **1499** is countersunk within viewing opening **1485**. In an alternative, lens **1499** may be domed above viewing opening **1485**. Lens **1499** may be mounted on or within viewing opening **1485** in any fashion permitting visualization through viewing opening **1485**. In one embodiment, lens **1499** may be replaced with a window which provides viewing but lacks magnification power. Lid **1460** fits snugly on container body **1410** forming an airtight seal, defining chamber **1411**. Plug **105**, illustrated by FIGS. **1**, **8**, and **10**, is inserted within recessed area **1490** to seal the plurality of scent openings **1495** to make chamber **1410** airtight.

FIG. **16** illustrates a substantially rectangularly shaped embodiment container body **1610** having a bottom surface **1630** (illustrated by FIG. **17**). Lens **1699** is shown within viewing opening **1685**. In one preferred embodiment, lens **1699** is countersunk within viewing opening **1685**. In an alternative, lens **1699** may be domed above viewing opening

US 10,384,834 B2

5

1685. Lens **1699** may be mounted on or within viewing opening **1685** in any fashion permitting visualization through viewing opening **1685**. In one embodiment, lens **1699** may be replaced with a window which provides viewing but lacks magnification power. Lid **1660** fits snugly on container body **1610** forming an airtight seal, defining chamber **1611**. Plug **105**, illustrated by FIGS. **1**, **8**, and **10**, is inserted within recessed area **1690** to seal the plurality of scent openings **1695** to make chamber **1611** airtight.

FIG. **18** illustrates an oval cross-section shaped embodiment container body **1810** having a bottom surface **1830** (illustrated by FIG. **19**). Lens **1899** is shown within viewing opening **1885**. In one preferred embodiment, lens **1899** is countersunk within viewing opening **1885**. In an alternative, lens **1899** may be domed above viewing opening **1885**. Lens **1899** may be mounted on or within viewing opening **1885** in any fashion permitting visualization through viewing opening **1885**. In one embodiment, lens **1899** may be replaced with a window which provides viewing but lacks magnification power. Lid **1860** fits snugly on container body **1810** forming an airtight seal, defining chamber **1811**. Plug **105**, illustrated by FIGS. **1**, **8**, and **10**, is inserted within recessed area **1890** to seal the plurality of scent openings **1895** to make chamber **1811** airtight.

FIG. **20** illustrates a first substantially hexagonally-shaped embodiment container body **2010** having a bottom surface **2030** (illustrated by FIG. **21**). Lens **2099** is shown within viewing opening **2085**. In one preferred embodiment, lens **2099** is countersunk within viewing opening **2085**. In an alternative, lens **2099** may be domed above viewing opening **2085**. Lens **2099** may be mounted on or within viewing opening **2085** in any fashion permitting visualization through viewing opening **2085**. In one embodiment, lens **2099** may be replaced with a window which provides viewing but lacks magnification power. Lid **2060** fits snugly on container body **2010** forming an airtight seal, defining chamber **2011**. Plug **105**, illustrated by FIGS. **1**, **8**, and **10**, is inserted within recessed area **2090** to seal the plurality of scent openings **2095** to make chamber **2011** airtight.

FIG. **22** illustrates a second substantially hexagonally-shaped embodiment container body **2210** having a bottom surface **2230** (illustrated by FIG. **23**). Lens **2299** is shown within viewing opening **2285**. In one preferred embodiment, lens **2299** is countersunk within viewing opening **2285**. In an alternative, lens **2299** may be domed above viewing opening **2285**. Lens **2299** may be mounted on or within viewing opening **2285** in any fashion permitting visualization through viewing opening **2285**. In one embodiment, lens **2299** may be replaced with a window which provides viewing but lacks magnification power. Lid **2260** fits snugly on container body **2210** forming an airtight seal, defining chamber **2211**. Plug **105**, illustrated by FIGS. **1**, **8**, and **10**, is inserted within recessed area **2290** to seal the plurality of scent openings **2295** to make chamber **2211** airtight.

FIG. **24** illustrates diamond-shaped embodiment container body **2410** having a bottom surface **2430** (illustrated by FIG. **25**). Lens **2499** is shown within viewing opening **2485**. In one preferred embodiment, lens **2499** is countersunk within viewing opening **2485**. In an alternative, lens **2499** may be domed above viewing opening **2485**. Lens **2499** may be mounted on or within viewing opening **2485** in any fashion permitting visualization through viewing opening **2485**. In one embodiment, lens **2499** may be replaced with a window which provides viewing but lacks magnification power. Lid **2460** fits snugly on container body **2410** forming an airtight seal, defining chamber **2411**. Plug **105**,

6

illustrated by FIGS. **1**, **8**, and **10**, is inserted within recessed area **2490** to seal the plurality of scent openings **2495** to make chamber **2411** airtight.

FIG. **26** illustrates an oval shaped embodiment container body **2610** having a bottom surface **2630** (illustrated by FIG. **27**). Lens **2699** is shown within viewing opening **2685**. In one preferred embodiment, lens **2699** is countersunk within viewing opening **2685**. In an alternative, lens **2699** may be domed above viewing opening **2685**. Lens **2699** may be mounted on or within viewing opening **2685** in any fashion permitting visualization through viewing opening **2685**. In one embodiment, lens **2699** may be replaced with a window which provides viewing but lacks magnification power. Lid **2660** fits snugly on container body **2610** forming an airtight seal, defining chamber **2611**. Plug **105**, illustrated by FIGS. **1**, **8**, and **10**, is inserted within recessed area **2690** to seal the plurality of scent openings **2695** to make chamber **2611** airtight.

FIG. **28** illustrates a first substantially triangle embodiment container body **2810** having a bottom surface **2830** (illustrated by FIG. **29**). Lens **2899** is shown within viewing opening **2885**. In one preferred embodiment, lens **2899** is countersunk within viewing opening **2885**. In an alternative, lens **2899** may be domed above viewing opening **2885**. Lens **2899** may be mounted on or within viewing opening **2885** in any fashion permitting visualization through viewing opening **2885**. In one embodiment, lens **2899** may be replaced with a window which provides viewing but lacks magnification power. Lid **2860** fits snugly on container body **2810** forming an airtight seal, defining chamber **2811**. Plug **105**, illustrated by FIGS. **1**, **8**, and **10**, is inserted within recessed area **2890** to seal the plurality of scent openings **2895** to make chamber **2811** airtight.

For illustrative purposes, mounting projection **55**, described above, has not been shown in FIGS. **12-28**, however, in one embodiment, any container body described herein may be shaped to define mounting projection **55** to hold a subject sample such as a botanical sample.

All lenses described in this patent application may be disposed to cover said viewing opening. Lenses may be affixed to lid **60** by snap fit, or friction fit or adhesively. Lenses forms an airtight seal between lenses and lids of various embodiments. Lenses described herein may be plano-convex lens such as Lens #90-1235 manufactured by J.P. Manufacturing. A variety of lenses may be used such as a 1×, 2×, or 3× magnifier. In an alternative embodiment, the lens is not a magnifier.

Any of the container bodies described herein may be shaped to define feet **45** as described. Any lid described herein may be shaped to define a card holder.

Tether **120** may be optionally incorporated with any embodiment container as described above.

All container bodies described herein a have an interior surface and exterior surface. All container bodies are shaped to define an open top and a bottom. All container bodies described herein are shaped to define a perimetrical ridge surrounding the open top. Further, all container bodies may be further shaped to define a mounting projection disposed on the interior of said bottom of the container bodies. In some embodiments, a container body may not be shaped to define a mounting projection, and is simply flat.

All lids described herein have an interior surface and exterior surface, wherein the lids are shaped to define a perimeter, wherein lids are shaped to define a viewing opening. All lids described herein are further shaped to define a recessed area and shaped to define a plurality of scent openings within the recessed area.

US 10,384,834 B2

7

A removable soft plug may be used with all lids described herein, and shaped to fit within the recessed area forming an airtight seal.

For any given container body shape, the perimeter of the lid will correspond to the perimetrical ridge of the container body, such that the lid is fitted on the perimetrical ridge of said container body forming a chamber. The plug forms an airtight seal between said plug and said lid completely sealing a chamber of any shaped described herein.

Although the present invention has been described with reference to the preferred embodiments, it should be understood that various modifications and variations can be easily made by those skilled in the art without departing from the scope and spirit of the invention. Accordingly, the foregoing disclosure should be interpreted as illustrative only and is not to be interpreted in a limiting sense. It is further intended that any other embodiments of the present invention that result from any changes in application or method of use or operation, which are not specified within the detailed written description or illustrations contained herein yet, are considered apparent or obvious to one skilled in the art are within the scope of the present invention. Further, it should be noted that several inventive embodiments and features are disclosed together for convenience; unless specified otherwise, all embodiment inventive options disclosed herein may be used independently from each other or cooperatively together. Use of distinct reference characters is for illustrative purposes only, and the illustrated embodiment or feature may be used either cooperatively with or distinctly from any other embodiment or feature unless specified otherwise.

We claim:

1. A container comprising:
a container body having an interior surface and exterior surface, said container body is shaped to define an open top and a bottom, wherein said container body is shaped to define a perimetrical ridge surrounding said open top;
a lid having an interior surface and exterior surface, wherein said lid is shaped to define a perimeter, wherein said lid is shaped to define a viewing opening, wherein said lid is shaped to define a plurality of scent openings within said lid;
a lens affixed to the lid to cover said viewing opening on said lid, wherein said lens forms an airtight seal between said lens and said lid;
a removable soft plug shaped to cover the scent openings forming an airtight seal;
wherein said lid is fitted on the perimetrical ridge of said container body forming a chamber, wherein said plug forms an airtight seal between said plug and said lid completely sealing said chamber.

2. The container of claim 1, further comprising a tether affixed to the container body.

3. The container of claim 1, wherein said lid and said container body are comprised of Poly(methyl methacrylate).

8

4. The container of claim 1, wherein said lid and said container body are comprised of Styrene Acrylonitrile resin (SAN).

5. The container of claim 1, wherein said container body and lid are square.

6. The container of claim 1, wherein said container body and lid are round.

7. The container of claim 1, wherein said container body and lid are rectangular.

8. The container of claim 1, wherein said container body and lid are oval shaped.

9. The container of claim 1, wherein said container body and lid are hexagonally shaped.

10. The container of claim 1, wherein said container body and lid are triangularly shaped.

11. A container comprising:
a container body having an interior surface and exterior surface, said container body is shaped to define an open top and a bottom;
a lid having an interior surface and exterior surface, wherein said lid is shaped to define a perimeter, wherein said lid is shaped to define a viewing opening, wherein said lid is shaped to define a plurality of scent openings within said lid;
a lens affixed to the lid to cover said viewing opening on said lid, wherein said lens forms an airtight seal between said lens and said lid;
a removable soft plug shaped to cover the scent openings forming an airtight seal;
wherein said lid is fitted on a perimetrical ridge of said container body forming a chamber, wherein said plug forms an airtight seal between said plug and said lid completely sealing said chamber.

12. The container of claim 11, further comprising a tether affixed to the container body.

13. The container of claim 11, wherein said lid and said container body are comprised of Poly(methyl methacrylate).

14. The container of claim 11, wherein said lid and said container body are comprised of Styrene Acrylonitrile resin (SAN).

15. The container of claim 11, wherein said container body and lid are square.

16. The container of claim 11, wherein said container body and lid are round.

17. The container of claim 11, wherein said container body and lid are rectangular.

18. The container of claim 11, wherein said container body and lid are oval shaped.

19. The container of claim 11, wherein said container body and lid are hexagonally shaped.

20. The container of claim 11, wherein said container body and lid are triangularly shaped.

*     *     *     *     *