# EXHIBIT C

SMOKUS

HOME    JETPACK INFINITY ∨    HORIZON    ECLIPSE    LAUNCHPAD    SHOP ∨    NEWS    CONTACT US



The Jetpack
Now Available!





# Low Profile, Amazing Features

Prepare to takeoff with the all new Smokus Focus Jetpack display jar.  Inspect you flower through brilliant magnification and smell through our brand new lid mounted aroma vent.

The Smokus Focus Jetpack features our best ever visuals combined with all of the security features needed in order to comply with today's flower display and packaging requirements.  The Jetpack is the first jar of its kind aiming to disrupt the flower industry by offering an all encompassing solution all the way from seed to sale.  At an affordable price, the Jetpack offers an unrivaled option for packaging, retail display and enhanced customer engagement.

Featuring a wider base than the Eclipse and Horizon, the Smokus Focus Jetpack provides a sleek low profile without sacrificing volume, allowing you to easily slip it into a pocket or backpack.  Its crystal clear magnification make it ideal for displaying top shelf flower, and the built-in scent vent allows you to smell what's inside while maintaining a 100% airtight seal when closed.

The Jetpack is the first jar in the Smokus Focus lineup to incorporate a childproof, lockable and tamper evident lid ensuring that your contents stay safe and secure while remaining compliant in retail flower markets.

As with all Smokus Focus display and storage jars, the Jetpack features the highest quality components, from its bright LED lighting and high powered magnification lens to its acrylic glass and lockable, airtight lid.



# Smokus Focus Jetpack Key Features





# Smokus Focus Jetpack (Black)
by Smokus Focus

★★★★☆  7 ratings

Price: **$25.00** & FREE Shipping. Details & FREE Returns

Get $10 off instantly: Pay $15.00 upon approval for the Amazon Prime Store Card.

- Blister Packaging for Top Shelf Retail Display
- Childproof Lid
- 100% Airtight Seal
- Tamper Evident Locking Lid
- Ultraclear Magnification (5X) with Recessed Ultrabright LED Lighting

New (2) from $25.00 + FREE Shipping

Get exclusive DC comics collectibles quarterly     Learn more ▸

---

**$25.00**
& **FREE Shipping**. Details
& **FREE Returns**

**Want it Wednesday, May 13?**
Order within **12 hrs 43 mins** and choose **One-Day Shipping** at checkout. Details

**In Stock.**

Qty: 1 ⌄

Add to Cart

Buy Now

Sold by Smokus Focus and Fulfilled by Amazon.

☐ Add gift options

◉ Select delivery location

Add to List

New (2) from
$25.00 + FREE Shipping  ⟩

Share ✉ f 🐦 P

**Other Sellers on Amazon**

$25.00       Add to Cart

Roll over image to zoom in

Carson LumiLoupe 10X
Power Stand Magnifier
(LL-10)
★★★★☆ 1,497
$8.04 ✓prime

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product description

Prepare to blast off with the all new Smokus Focus Jetpack display and storage chamber! Take a look through the pristine acrylic glass. Peek through the powerful magnification window. This isn't a display jar—it's a miniature terrarium! Featuring a wider base than the Eclipse and Horizon, the Jetpack provides a sleek lower profile without sacrificing volume, allowing you to easily slip it into a pocket or backpack. Its wide view and near-center magnification window make it ideal for displaying your favorite herbs, coins, stamps and other collectibles. And its built-in breather allows for airflow and humidity control, ensuring your flowers stay fresher, longer. As with all Smokus Focus display and storage jars, the Jetpack features the highest quality components, from its bright LED lighting and scratch-resistant acrylic glass to its sturdy locking lid and high-powered magnification lens.

## Product information

| | |
|---|---|
| Package Dimensions | 4.29 x 4.17 x 1.77 inches |
| Item Weight | 2 ounces |
| ASIN | B07STG86GR |
| UNSPSC Code | 60140000 |
| Manufacturer recommended age | 18 months and up |
| Batteries | 2 Lithium Metal batteries required. (included) |
| Customer Reviews | ★★★★☆ ⌄  7 ratings<br>4.3 out of 5 stars |
| Mfg Recommended age | 18 months and up |
| Manufacturer | Smokus Focus |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

If you are a seller for this product, would you like to suggest updates through seller support?
Would you like to tell us about a lower price?

## Related video shorts (0)  Upload your video





# Smokus Focus Jetpack: WHITE

NOW IN STOCK!!!   Prepare to blast off with the all new Smokus Focus Jetpack display and storage chamber! Take a look through the pristine acrylic glass. Peek through the powerful magnification window. This isn't a display jar—it's a miniature terrarium!

The Jetpack jar provides a sleek lower profile without sacrificing volume, allowing you to easily slip it into a pocket or backpack. Its wide view and near-center magnification window make it ideal for displaying your favorite herbs, coins, stamps and other collectibles. And its built-in breather allows for airflow and humidity control, ensuring your flowers stay fresher, longer.

The Jetpack is the first jar in the Smokus Focus lineup to incorporate a childproof, lockable and tamper evident lid ensuring that your contents stay safe and secure while remaining compliant in retail flower markets.

Available in White or Black Lid Style.  This auction is for the WHITE.

- Brand New & Authentic
- Weight: 3 oz
- 3 3/8 inch diameter, 1 3/4 inches tall
- FDA Approved Scratch Resistant Acrylic
- 5x Magnifying Lens
- Lockable Airtight Lid
- Soft Button to Turn On LEDs
- 100% Airtight Smell Proof Seal
- Vent to aerate or smell contents without opening
- Ready for security tether to secure jar for retail
- Includes instructions, zip tie, and CR1632 battery
- One Year Factory Warranty



HOME    JETPACK INFINITY ⌄    HORIZON    ECLIPSE    LAUNCHPAD    SHOP ⌄    NEWS    CONTACT US

The Jetpack Infinity
All New Design for 2020!

# The Jetpack Infinity is the New Industry Standard

Introducing the Smokus Focus JetPack Infinity.

The Jet Pack Infinity improves on our popular jetpack model with the added benefit of a lithium ion rechargeable battery.

With longer battery life and featuring stunning visuals combined with all necessary features designed to bring the Jetpack into full retail and packaging compliance, the Jetpack Infinity aims to disrupt the flower display and packaging market by offering the ideal retail packaging and display solution from start to finish, now with rechargeability.

The Jetpack Infinity offers an unrivaled option for retail display, packaging and customer use.






# Smokus Focus Jetpack Infinity Key Features







amazon
Try Prime

JetPack infinity    All ▾

EN ⊕ ▾    Hello, Sign in
Account & Lists ▾    Returns
& Orders ▾    Try Prime ▾    🛒 Cart 0

Hello
Select your address

Best Sellers    Customer Service    New Releases    Find a Gift    Whole Foods    Registry    Gift Cards    AmazonBasics    Sell    #FoundItOnAmazon    Coupons    Free Shipping    Shopper Toolkit    Send Mom an eGift card

Industrial & Scientific    Lab    Test & Measurement    Safety    Janitorial & Facilities    Food Service    Education    Material Handling    Materials    Metalworking    Electrical    FSA Eligible Items    Deals

‹ Back to results

## Jetpack Infinity (White)
by Smokus Focus

Price: **$49.00** ($16.33 / Item) & **FREE Shipping**. Details & FREE Returns

Color: **White**

| ⚫ $49.00 ($16.33 / Item) | ⚪ **$49.00 ($16.33 / Item)** |

- Retail Packaging for Stunning Top Shelf Retail Display
- Fully Compliant Childproof Lid
- USB-C Charging Cable with Charging Indicator Light
- Tamper Evident Locking Lid
- Ultraclear Magnification Lens (5X)

### Product Specifications

| Color | White |
|---|---|
| Item Weight | 3.00 ounces |

### Specification for this product family

| Brand Name | Smokus Focus |
|---|---|
| Number of Items | 3 |
| Part Number | JetpackInfinity |
| UNSPSC Code | 41000000 |

See more product details

Roll over image to zoom in

**$49.00**
& FREE Shipping. Details
& FREE Returns ▾

Want it Monday, May 11? Choose
Two-Day Shipping at checkout.
Details

**In Stock.**

Qty: 1 ▾

**Add to Cart**

**Buy Now**

Sold by Smokus Focus and
Fulfilled by Amazon.

Add a Protection Plan:
☐ 3 Year Electronics Protection
   Plan for $5.99
☐ 2 Year Electronics Protection
   Plan for $3.99

☐ Add gift options

⊕ Select delivery location

Add to List

Share ✉ f 🐦 P

Have one to sell?    Sell on Amazon

## Specification for this product family

| | |
|---|---|
| Brand Name | Smokus Focus |
| Number of Items | 3 |
| Part Number | JetpackInfinity |
| UNSPSC Code | 41000000 |

**See more product details**

PillPack by Amazon Pharmacy
Your medication, delivered **Learn more >**

Plan for $5.99
☐ 2 Year Electronics Protection
Plan for $3.99

☐ Add gift options

◉ Select delivery location

Add to List

Share ✉ ⓕ ⓣ ⓟ

Have one to sell?   Sell on Amazon

Roll over image to zoom in

## Sponsored products related to this item

Page 1 of 8













Smokus Focus Jetpack (White)
★★★★★ 5
$25.00 ✓prime

Smokus Focus Jetpack (Black)
★★★★½ 7
$25.00 ✓prime

Smokus Focus Stash (Honey)
★★☆☆☆ 2
$49.00 ✓prime

Smokus Focus Eclipse (Black)
★★★½☆ 30
$69.00 ✓prime

Cassida 6600 UV/MG Counterfeit Detection Business Grade Currency Counter
★★★★½ 405
$272.99 ✓prime

Godinger Gas Pump Skull Crossbones Fini Dispenser
★★★★½ 54
$25.99 ✓prime

Magnifying Glass 30X, Large Magnifier with Light, LED Illuminated & Handheld, Premi...
★★★★½ 346
$14.99 ✓prime

Smokus Focus Light-Up LED Air Tight Storage Magnifying Jar Viewing Container (Middl...
★★★★☆ 69
$49.99 ✓prime

MSLAN 30X High Handheld Strong Magnifying Glass with 12 LED and UV Light,Best...
★★★★½ 86
$14.99 ✓prime

SunKite Solar Mason Jar Lights, 4 Pack 20 LED Waterproof Fairy Firefly Jar Lids Str...
★★★★½ 23
$25.99 ✓prime

Ad feedback ☐

## Product description

Color: White

JetPack Infinity All New Design for 2020 The Jetpack Infinity is the New Industry Standard Introducing the Smokus Focus JetPack Infinity. The Jet Pack Infinity improves on our standard Jetpack model with the added benefit of a lithium ion rechargeable battery. With longer battery life and featuring our signature stunning visuals combined with all of the necessary features designed to bring the Jetpack into full retail and packaging compliance, the Jetpack Infinity aims to disrupt the flower display and packaging market by offering the ideal retail packaging and display solution from start to finish. The Jetpack Infinity offers an unrivaled option for retail display, packaging and customer engagement. What's in the Box? Smokus Focus Jetpack Infinity Smokus Focus Anti-Theft Zip Tie Smokus Focus USB-C Charging Cable Smokus Focus Security Tether (Optional) Smokus Focus Metal Lock with Specialty Key (Optional) Features Retail Packaging for Stunning Top Shelf Retail Display Fully Compliant Childproof Lid 100% Airtight Lid Seal Tamper Evident Locking Lid Ultraclear Magnification Lens (5X) Recessed and Ultrabright LED Lighting Secure Tetherability Loop Capacity ¼ - ⅛ Dimensions: 3 in × 4 in

HOME   ROLLING PAPERS ⌄   HEMP WRAPS   ACCESSORIES ⌄   PRE-ROLLED CONES ⌄   ROLLING TRAYS   FIRE ⌄   APPAREL ⌄   BUNDLES   BRANDS   SALES   ♡   🛍0

Home » Shop » Accessories » Storage / Stash Safes » Smokus Focus Gas Giant Display Jar



# Smokus Focus Gas Giant Display Jar

Smokus Focus

★★★★★   ( There are no reviews yet. )

## $120.00

Only $30.00 per month with V/ABILL

Show off your favorite legal herbs in style with these groovy display jars from our buddies at Smokus Focus! The "Gas Giant" Display Jar is big enough to hold around a half pound of your favorite smokable and comes with a rechargeable lid! Each lid is features LED lights and two levels of magnification so you and your friends can pass it around and marvel at the wonders held within all day! Set yourself apart from other smokers and get yourself a Smokus Focus Gas Giant Display Jar!

AVAILABILITY: **1 IN STOCK**

SKU: **SFGASGIANTBLK**

CATEGORIES: **ACCESSORIES**, **STORAGE / STASH SAFES**

### Storage Add-ons

| None ⌄ |
| --- |

1x Smokus Focus Gas Giant Display Jar   $120.00   🛍 **ADD TO CART**

## Subtotal $120.00



Industrial & Scientific | Janitorial & Facilities | Safety Supplies | Medical Supplies | Food Service | Diagnostic Equipment | Material Handling | Educational Supplies | Sealants and Lubricants | Additive Manufacturing | Laboratory Supplies | FSA Eligible Items | Deals

## Customers who viewed this item also viewed


Smokus Focus Comet (Black)
★★★★☆ 17
$19.00


Smokus Focus Eclipse (Black)
★★★★½ 126
$69.00

Smokus Focus Horizon (Black)
★★★★☆ 49
$49.00

Industrial & Scientific › Science Education › Optics






Roll over image to zoom in

# Smokus Focus Quad Pod

Visit the Smokus Focus Store

★½☆☆☆ ⌄    2 ratings

Price: **$9.99** Get **Fast, Free Shipping** with Amazon Prime & FREE Returns

- 3M Adhesive to Stick Directly to Smokus Focus Jar Floor
- Compatible with Eclipse and Horizon Models
- Adjustable in Size based on Flower Specimen

### Specifications for this item

| | |
|---|---|
| Brand Name | Smokus Focus |
| Global Trade Identification Number | 00850007271091 |
| Number of Items | 1 |
| Part Number | Quad Pod |
| UNSPSC Code | 41000000 |

See more product details


Always the perfect gift
Shop gift cards ›



$9.99

Get **Fast, Free Shipping** with Amazon Prime

& FREE Returns ⌄

FREE delivery: ⌄ **Wednesday, Sep 22** on orders over $25.00 shipped by Amazon. Details

Fastest delivery: **Saturday, Sep 18**

Order within 7 hrs and 37 mins

Details

⊙ Select delivery location

**In Stock.**

Qty: 1 ⌄

Add to Cart

Buy Now

🔒 Secure transaction

Ships from    Amazon
Sold by    Smokus Focus

Return policy: Returnable within 30 days of receipt ⌄

prime




Home  »  Shop  »  Accessories  »  Smokus Focus Quad Pod Display



# Smokus Focus Quad Pod Display

Smokus Focus

⭐⭐⭐⭐⭐  ( There are no reviews yet. )

## $6.00

Only $1.50 per month with 

Showcase your finest legal smoking specimen on top of one of these awesome Smokus Focus Quad Pod Displays. Each display is designed for the Smokus Focus Middleman container so you can proudly organize and display your favorite legal blends. Simply place inside your Smokus Focus Middleman Type S jar and fix it to the bottom using the 3M sticker.

These display pods work best with the Smokus Focus Middleman Type S jar!

AVAILABILITY: **71 IN STOCK**

SKU: **SFQUADPOD**

CATEGORY: **ACCESSORIES**

  

− 1 +  ADD TO CART

    ♡ ADD TO WISHLIST



The purpose of getting power is to be able to give it away. 📧 **Introducing the** RAW x Kingpin Mafioso Ro

# hippie BUTLER

**Shop**  **My Account**  **Create My Box**

⊕ Sales    NEW    Pipes ⌄    Papers ⌄    Wraps ⌄    Cones ⌄    Grinders ⌄    Lighters ⌄    Vaporizers ⌄    Concentrate Gear ⌄    Accessories ⌄    Bundles

## ONLINE SMOKE SHOP

# Smokus Focus Quad Pod Display
Smokus Focus

**$6.00**

Display the finest specimens of your favorite legal smoking blends atop one of these lovely Smokus Focus Quad Pod Displays. Each Quad Pod is designed to be placed in your Smokus Focus Middleman container for display and admiration! These display pods can be placed inside your jars and stay in place with the 3M sticker on the bottom.

These display pods work great with the Smokus Focus Middleman stash jar!

**Accessories Add-ons**

| None | ⌄ |
|---|---|

1x Smokus Focus Quad Pod Display                                          $6.00

We're open! During this time of crisis, we are still here for you. We have had to make some adjustments to our staffing to keep everyone safe. Orders are only shipped Monday-Friday and most orders are shipped within 7 business days. Some of our monthly subscription boxes do not start shipping until at least the 10th of each month. If you need help, please email us as we are not currently taking calls. Most emails are answered within 2 business days. Happy Smoking!


CONTACT US

 

 @HSVAPE     @HSGLASS    f /HSWHOLESALE

 HS WHOLESALE
JUUL MASTER DISTRIBUTOR

NEED HELP? **630 882 2222**    ACCOUNT    SIGN IN    REGIST

SMOKE SHOP SALE ⌄   JUUL   SMOKE WHOLESALE ⌄   HOOKAH   JUUL SPECIAL OFFER

Search HS Wholesale for...   🔍   ☆   🛒

Welcome to HSWHOLESALE The #1 National Vape, Smoke Shop and JUUL Distributor **CLICK HERE** to create an account

HS Wholesale / Home / Smoke Wholesale / Smokus Focus - Quasar Magnifying Jar Lid with LED Light (MSRP $40.00)



Zoom the image with the mouse 🔍

 

# Smokus Focus - Quasar Magnifying Jar Lid with LED Light (MSRP $40.00)

**Write a Review** about *Smokus Focus - Quasar Magnifying Jar Lid with LED Light (MSRP $40.00)*

**SKU:**       HBSTG0027
**Brand**     Smokus Focus

**Stock: Available**

Please **Login** or **Create an account** to start shopping with HSWHOLESALE


Hello there
Choose your address

Home and kitchen ▾


Hello, sign in
Account and Lists ▾

Returns
and Orders

0
Trolley

Everything    Best sellers    Prime ▾    Customer service    New releases    Offers of the day    Pharmacy    Books    fashion    Lists    Toys and Board Games    Kindle eBooks    Gift cards    Amazon Home    Computers    Automotive     **Decorate your haunted house**

Home & Kitchen    Best Sellers    Shop by room ▾    Bedding and Bath ▾    Home decor ▾    Art ▾    Storage ▾    Vacuum cleaners ▾    Heating and cooling ▾    Furniture ▾    Kitchen and dining room ▾    Home appliances ▾    Wedding Registry

Home & Kitchen › Storage and Organization › Baskets and Boats



Hover over image to zoom

## Smokus Focus Quasar

Brand: Smokus Focus

**Not available at the moment.**

We do not know if or when this product will be available again.

- Fits in any standard wide-mouth jar.
- Smell Plug
- LED lighting with magnification
- Rechargeable lithium-ion USB-C battery.
- Hermetic seal with extra thick silicone gasket.



Es el regalo perfecto
Compra tarjetas de regalo ›

**Not available at the moment.**
We do not know if or when this product will be available again.


Choose your address

Add to the list

Share ✉ f 🐦 📌

Do you have to sell?

Sell on Amazon



Other customers have also seen these products

Page 1 of 7






WARNING: this product contains nicotine.
Nicotine is an addictive chemical.

ROLLING PAPERS

GOLD GRINDER

shine



**ALL CUSTOMERS: Please Click Here to Update Account Information for All Required Files**

Click Here for Updates Regarding the PACT Act.

Home / Smokus Focus Quasar Jar Lid w/ LED Lights



# SMOKUS FOCUS QUASAR JAR LID W/ LED LIGHTS

♡ Add to wishlist

Login to View Price          Availability: 9    Be the first to review this product **In stock**   SKU:  850007271534

Notify me when the price drops



## DESCRIPTION

This phenomenal cover is furnished with powerful amplifying focal points and brilliant LED lights making it an energizing and intriguing approach to store and view the substance of your bricklayer container. For nursery workers and others locally, these are the perfect display tool!

- Fits standard wide mouth mason jars (not included)
- Weight: 3.5 oz
- 5 inch diameter (plus handle)
- 25 inches tall
- Magnification Level: 4x
- 10-12 Hour Lithium Battery Life
- Rechargeable with USB-C Cord Included
- On/Off Switch
- Airtight Smell Proof Seal with Vent
- Includes Micro-Fiber Case, and USB Cable

## SPECIFICATIONS

## REVIEWS


**FREE SHIPPING**
Free shipping on all orders $1000 and above.


**CUSTOMER SERVICE**
You will be assigned a personal sales rep.


**NO MINIMUM ORDER!**
Get just what you need every time.


**GENUINE PRODUCTS**
We carry only authentic products from industry leaders.

© 2021 Cali Kulture. All rights reserved.   Web Development by @

**DISCLAIMER:** The products listed on this site are intended for use by persons 21 or older, and not by children, women who are pregnant or breast feeding, or persons with or at risk of heart disease, high blood pressure, diabetes, or taking medicine for depression or asthma. If you have a demonstrated allergy or sensitivity to nicotine or any combination of inhalants, consult your physician before using these products. You must be over the legal age in your state to buy or use this product. Nicotine is highly addictive and habit forming. Keep out of reach of children. Products on this site contain Nicotine, a chemical known to the state of California to cause birth defects or other reproductive harm. Lithium-ion batteries are volatile. They may burn or explode with improper use. Do not use or charge with non-approved devices. Do not leave charging devices plugged into computers, laptops or wall units when not in use. Overuse of vaping devices may cause overheating, malfunction, and/or burns or injury. Do not leave unit unattended while charging anytime or overnight, and do not charge it in your vehicle. Keep away from high heat, direct sunlight, cold temperatures, humidity and water. Injury or death can occur. Do not replace batteries with non-approved units. Do not mix new and used batteries or different brands. When charging keep away from flammable areas such as but not limited to wood floors and carpets. Always use a fire resistant container or bag. Always have a fire extinguisher in an event of a fire. Do not use battery or devices that appear damaged. Do not expose battery to direct sunlight. In the event battery begins to balloon, swell, smoke, or become very hot, immediately disconnect the power to home or office from the circuit breaker. If a circuit breaker is unavailable, disconnect from outlet. Do not approach the battery for at least 2 hours and ensure the room is ventilated. Do not drop, damage, or tamper with batteries. Always use a surge protector. Do not throw batteries into fire. Do not connect improperly. Do not charge batteries unless are specifically labelled as "rechargeable". Do not carry or store batteries together with a metallic necklace, in your pockets, purse, or anywhere they may be exposed to metals. Keep away from children and pets. Should a child/pet swallow or chew on a battery, immediately consult a physician and or call your local Poison Control Center. Always turn off vaping devices with on/off switches when not in use. Unplug charging units when not in use. Failure to follow warnings may result in electric shock, fire, property damage, bodily injury, or death.





Home > Smokus Focus - Quasar Magnifying Jar Lid with LED Light

nav>

## All Categories

Water Pipes

Nectar Pipes

Bangers & Nails

Dabbers & Carb Caps

Hand Pipes

Bowls & Slides

Smoking Accessories

Digital Scales

Grinders

Rolling Trays & Mats

Lifestyle

⇄ SIDEBAR







# Smokus Focus - Quasar Magnifying Jar Lid with LED Light

 (No reviews yet)  Write a Review

**$47.99**

| | |
|---|---|
| Brand | Smokus Focus |
| Type: | Storage |

Quantity:

1  ∧
   ∨

ADD TO CART          BUY NOW

♡  Add To Wish List

Description    Show Reviews

## Smokus Focus - Quasar Magnifying Jar Lid with LED Light

This extraordinary jar lid by Smokus Focus is equipped with high-powered magnifying lenses and bright LED lights letting you see all the details in that green, orange, and purple goodness. Not only is it an interesting way to store and view the contents of your mason jar but its airtight seal provides a smell-proof storage option. Show off the goods in style with this perfect storage jar. Jar not provided, fit's standard wide mouth mason jars.

Dimensions & Specs:

- 3.5 inch diameter (plus handle)
- 1.25 inches tall
- Magnification Level: 4x
- 10-12 Hour Lithium Battery Life
- Rechargeable with Included USB-C Cord

## Related Products    Customers Also Viewed



| SMOKUS FOCUS | ON POINT GLASS | UGLY | SM |
|---|---|---|---|
| Smokus Focus - Horizon - Magnifying Jar with LED Light | On Point Glass 11"x 8.25" - Light Up LED Rolling Tray | Ugly Rolling Trays - Light Up LED Rolling Tray | Smokus Focus Jar w |
| $54.99 | $39.99 | $51.99 | |



Call Us:

Addresses : .

Email: support@dollarheadshop.com

## Quick Links

Shipping Policy

Privacy Policy

Terms of Use

Contact Us

Returns Policy

Sitemap

## Customer Service

Register for an Account

Request a Return

Contact Us

## Brands

RAW

On Point Glass

Fuzion

Graffix

Truweigh

View All

## All Categories

Water Pipes

Nectar Pipes

Bangers & Nails

Dabbers & Carb Caps

Hand Pipes

View All

## Sign Up For Newsletter

Join 40,000+ Subscribers and get a new discount coupon on every Saturday.

Full Name

Type your name

Email*

Email

Type your email

Select the lists you wish to subscribe to
☐ Site Signups

SUBSCRIBE

© 2021 Dollar Head Shop





amazon
Hello there
Choose your address

Home and kitchen ▾

Hello, sign in
Account and Lists ▾

Returns
and Orders

☰ Everything   Best sellers   Prime ▾   Customer service   New releases   Offers of the day   Pharmacy   Books   fashion   Lists   Toys and Board Games   Kindle eBooks   Gift cards   Amazon Home   Computers   Automotive

Decorate your haunted h

Home & Kitchen   Best Sellers   Shop by room ▾   Bedding and Bath ▾   Home decor ▾   Art ▾   Storage ▾   Vacuum cleaners ▾   Heating and cooling ▾   Furniture ▾   Kitchen and dining room ▾   Patio and Garden ▾   Home appliances ▾   Wedding Registry

Home & Kitchen › Storage and Organization › Baskets and Boats



Hover over image to zoom

     

## Smokus Focus Quasar

Brand: Smokus Focus

### Not available at the moment.

We do not know if or when this product will be available again.

- Fits in any standard wide-mouth jar.
- Smell Plug
- LED lighting with magnification
- Rechargeable lithium-ion USB-C battery.
- Hermetic seal with extra thick silicone gasket.



Es el regalo perfecto
Compra tarjetas de regalo ›

### Not available at the moment.

We do not know if or when this product will be available again.

⊙ Choose your address

Add to the list

Share ✉ f 🐦 📌

Do you have to sell?

Sell on Amazon

**Other customers have also seen these products**

Page 1 of 7

