# EXHIBIT D

Exhibit D – '834 Patent Chart

| Patent Claim 1 | Defendants' Quasar Products |
|---|---|
| A container comprising: | |
| a container body having an interior surface and exterior surface, said container body is shaped to define an open top and a bottom, wherein said container body is shaped to define a perimetrical ridge surrounding said open top; | See, e.g., <br><br>[Image of a Ball mason jar with a stainless steel lid attachment, labeled "Container Body"] |

|  |  |
|---|---|
|  | **Smokus Focus - Quasar Magnifying Jar Lid with LED Light**<br><br>This extraordinary jar lid by Smokus Focus is equipped with high-powered magnifying lenses and bright LED lights letting you see all the details in that green, orange, and purple goodness. Not only is it an interesting way to store and view the contents of your mason jar but its airtight seal provides a smell-proof storage option. Show off the goods in style with this perfect storage jar. Jar not provided, fit's standard wide mouth mason jars.<br><br>Dimensions & Specs:<br><br>- 3.5 inch diameter (plus handle)<br>- 1.25 inches tall<br>- Magnification Level: 4x<br>- 10-12 Hour Lithium Battery Life<br>- Rechargeable with Included USB-C Cord |
| a lid having an interior surface and exterior surface, wherein said lid is shaped to define a perimeter, wherein said lid is shaped to define a viewing opening, wherein said lid is shaped to | See, e.g., |

| | |
|---|---|
| define a plurality of scent openings within said lid; |  Lid |

|  | **Smokus Focus - Quasar Magnifying Jar Lid with LED Light**  This extraordinary jar lid by Smokus Focus is equipped with high-powered magnifying lenses and bright LED lights letting you see all the details in that green, orange, and purple goodness. Not only is it an interesting way to store and view the contents of your mason jar but its airtight seal provides a smell-proof storage option. Show off the goods in style with this perfect storage jar. Jar not provided, fit's standard wide mouth mason jars.  Dimensions & Specs:  - 3.5 inch diameter (plus handle) - 1.25 inches tall - Magnification Level: 4x - 10-12 Hour Lithium Battery Life - Rechargeable with Included USB-C Cord |
|---|---|
| a lens affixed to the lid to cover said viewing opening on said lid, wherein said lens forms an airtight seal between said lens and said lid; | See, e.g., |



| | |
|---|---|
| | **Smokus Focus - Quasar Magnifying Jar Lid with LED Light**<br><br>This extraordinary jar lid by Smokus Focus is equipped with high-powered magnifying lenses and bright LED lights letting you see all the details in that green, orange, and purple goodness. Not only is it an interesting way to store and view the contents of your mason jar but its airtight seal provides a smell-proof storage option. Show off the goods in style with this perfect storage jar. Jar not provided, fit's standard wide mouth mason jars.<br><br>Dimensions & Specs:<br><br>- 3.5 inch diameter (plus handle)<br>- 1.25 inches tall<br>- Magnification Level: 4x<br>- 10-12 Hour Lithium Battery Life<br>- Rechargeable with Included USB-C Cord |
| a removable soft plug shaped to cover the scent openings forming an airtight seal; | See, e.g., |

| |  Removable Plug covering scent openings |
|---|---|

|  | **Smokus Focus - Quasar Magnifying Jar Lid with LED Light**<br><br>This extraordinary jar lid by Smokus Focus is equipped with high-powered magnifying lenses and bright LED lights letting you see all the details in that green, orange, and purple goodness. Not only is it an interesting way to store and view the contents of your mason jar but its airtight seal provides a smell-proof storage option. Show off the goods in style with this perfect storage jar. Jar not provided, fit's standard wide mouth mason jars.<br><br>Dimensions & Specs:<br><br>- 3.5 inch diameter (plus handle)<br>- 1.25 inches tall<br>- Magnification Level: 4x<br>- 10-12 Hour Lithium Battery Life<br>- Rechargeable with Included USB-C Cord |
|---|---|
| wherein said lid is fitted on the perimetrical ridge of said container body forming a chamber, wherein said plug forms an airtight seal between said plug and said lid | See, e.g., |

| | |
|---|---|
| completely sealing said chamber. | |

|  | Smokus Focus - Quasar Magnifying Jar Lid with LED Light |
|---|---|
|  | This extraordinary jar lid by Smokus Focus is equipped with high-powered magnifying lenses and bright LED lights letting you see all the details in that green, orange, and purple goodness. Not only is it an interesting way to store and view the contents of your mason jar but its airtight seal provides a smell-proof storage option. Show off the goods in style with this perfect storage jar. Jar not provided, fit's standard wide mouth mason jars.<br><br>Dimensions & Specs:<br><br>• 3.5 inch diameter (plus handle)<br>• 1.25 inches tall<br>• Magnification Level: 4x<br>• 10-12 Hour Lithium Battery Life<br>• Rechargeable with Included USB-C Cord |

| Patent Claim 1 | Defendants' Gas Giant Products |
|---|---|
| A container comprising: |  |
| a container body having an interior surface and exterior surface, said container body is shaped to define an open top and a bottom, wherein said container body is shaped to define a perimetrical ridge surrounding said open top; | See, e.g., |

| | Container Body |
|---|---|
| | "Show off your favorite legal herbs in style with these groovy display jars from our buddies at Smokus Focus! The "Gas Giant" Display Jar is big enough to hold around a half pound of your favorite smokable and comes with a rechargeable lid! Each lid is features LED lights and two levels of magnification so you and your friends can pass it around and marvel at the wonders held within all day! Set yourself apart from other smokers and get yourself a Smokus Focus Gas Giant Display Jar!" |
| a lid having an interior surface and exterior surface, wherein said lid is shaped to define a perimeter, wherein said lid is shaped to define a viewing opening, wherein said lid is shaped to define a plurality of scent openings within said lid; | See, e.g., |



Lid

Scent Openings

Show off your favorite legal herbs in style with these groovy display jars from our buddies at Smokus Focus! The "Gas Giant" Display Jar is big enough to hold around a half pound of your favorite smokable and comes with a rechargeable lid! Each lid is features LED lights and two levels of magnification so you and your friends can pass it around and marvel at the wonders held within all day! Set yourself apart from other smokers and get yourself a Smokus Focus Gas Giant Display Jar!

| | |
|---|---|
| a lens affixed to the lid to cover said viewing opening on said lid, wherein said lens forms an airtight seal between said lens and said lid; | See, e.g., Lens  Show off your favorite legal herbs in style with these groovy display jars from our buddies at Smokus Focus! The "Gas Giant" Display Jar is big enough to hold around a half pound of your favorite smokable and comes with a rechargeable lid! Each lid is features LED lights and two levels of magnification so you and your friends can pass it around and marvel at the wonders held within all day! Set yourself apart from other smokers and get yourself a Smokus Focus Gas Giant Display Jar! |
| a removable soft plug shaped to cover the scent openings forming an airtight seal; | See, e.g., Removable Plug |

| | |
|---|---|
| wherein said lid is fitted on the perimetrical ridge of said container body forming a chamber, wherein said plug forms an airtight seal between said plug and said lid completely sealing said chamber. | See, e.g., |

| Patent Claim 1 | Defendants' Payload Products |
|---|---|
| A container comprising: | |
| a container body having an interior surface and exterior surface, said container body is shaped to define an open top and a bottom, wherein said container body is shaped to define a perimetrical ridge surrounding said open top; | See, e.g., Container Body |

| a lid having an interior surface and exterior surface, wherein said lid is shaped to define a perimeter, wherein said lid is shaped to define a viewing opening, wherein said lid is shaped to define a plurality of scent openings within said lid; | See, e.g., [image of device labeled "Lid"] |
|---|---|
| a lens affixed to the lid to cover said viewing opening on said lid, wherein said lens forms an airtight seal between said lens and said lid; | See, e.g., [image of device labeled "Lens"] |
| a removable soft plug shaped to cover the scent openings forming an airtight seal; | See, e.g., |

| | | |
|---|---|---|
| |  Removable Plug covering scent openings | |
| wherein said lid is fitted on the perimetrical ridge of said container body forming a chamber, wherein said plug forms an airtight seal between said plug and said lid completely sealing said chamber. | See, e.g., | |