# EXHIBIT E

Exhibit E – '413 Patent Chart

| Patent Claim 1 | Defendants' Jetpack Products |
|---|---|
| A display container for a botanical sample, comprising: | |
| a) an enclosure having an interior chamber for storing the botanical sample, at least a portion of the enclosure being transparent for viewing the botanical sample when in the chamber; | See, e.g., <br><br> Enclosure |
| b) a plurality of scent ports extending through a wall of the enclosure between the interior chamber and environment; . | See, e.g., |

| | | |
|---|---|---|
| | |  Scent Ports |
| c) a plug mounted to the enclosure and sealing the scent ports, the plug movable away from the enclosure to expose the scent ports for facilitating sampling of an aroma of the botanical sample when in the enclosure; and | See, e.g., | Plug |
| d) an elongate mounting projection in the chamber for retaining the botanical sample thereon, wherein the mounting projection | See, e.g.,<br><br>• *3M Adhesive to Stick Directly to Smokus Focus Jar Floor*<br>• *Adjustable in Size based on Flower Specimen* | |

| | |
|---|---|
| extends between a base portion adjacent an interior surface of the enclosure and a tip portion spaced apart from the base portion toward a center of the interior chamber, the tip portion shaped to engage and hold the botanical sample for inhibiting movement thereof. | *"Introducing the Smokus Focus Quad Pod! The Smokus Focus Quad Pod allows users to proudly display their most prized flower specimen in an elevated fashion. The Quad pod sticks to the bottom of the Smokus Focus jar . . . "*<br><br>*"This Quad Pod has a small suction cup on the bottom of it that enables you to stick it to the inside floor of the jar, with four prongs to hold the bud in place. Place your order now."*<br><br> |
| Patent Claim 1 | Defendants' Quasar Products |

| | |
|---|---|
| A display container for a botanical sample, comprising: | |
| a) an enclosure having an interior chamber for storing the botanical sample, at least a portion of the enclosure being transparent for viewing the botanical sample when in the chamber; | See, e.g., <br><br> Enclosure |

|  | **Smokus Focus - Quasar Magnifying Jar Lid with LED Light**

This extraordinary jar lid by Smokus Focus is equipped with high-powered magnifying lenses and bright LED lights letting you see all the details in that green, orange, and purple goodness. Not only is it an interesting way to store and view the contents of your mason jar but its airtight seal provides a smell-proof storage option. Show off the goods in style with this perfect storage jar. Jar not provided, fit's standard wide mouth mason jars.

Dimensions & Specs:

- 3.5 inch diameter (plus handle)
- 1.25 inches tall
- Magnification Level: 4x
- 10-12 Hour Lithium Battery Life
- Rechargeable with Included USB-C Cord |
|---|---|
| b) a plurality of scent ports extending through a wall of the enclosure between the interior chamber and environment;
. | See, e.g., |

This phenomenal cover is furnished with powerful amplifying focal points and brilliant LED lights making it an energizing and intriguing approach to store and view the substance of your bricklayer container. For nursery workers and others locally, these are the perfect display tool!

- Fits standard wide mouth mason jars (not included)
- Weight: 3.5 oz
- 5 inch diameter (plus handle)
- 25 inches tall
- Magnification Level: 4x
- 10-12 Hour Lithium Battery Life
- Rechargeable with USB-C Cord Included
- On/Off Switch
- Airtight Smell Proof Seal with Vent
- Includes Micro-Fiber Case, and USB Cable

## Smokus Focus - Quasar Magnifying Jar Lid with LED Light

This extraordinary jar lid by Smokus Focus is equipped with high-powered magnifying lenses and bright LED lights letting you see all the details in that green, orange, and purple goodness. Not only is it an interesting way to store and view the contents of your mason jar but its airtight seal provides a smell-proof storage option. Show off the goods in style with this perfect storage jar. Jar not provided, fit's standard wide mouth mason jars.

Dimensions & Specs:

- 3.5 inch diameter (plus handle)
- 1.25 inches tall
- Magnification Level: 4x
- 10-12 Hour Lithium Battery Life
- Rechargeable with Included USB-C Cord

| | |
|---|---|
| c) a plug mounted to the enclosure and sealing the scent ports, the plug movable away from the enclosure to expose the scent ports for facilitating sampling of an aroma of the botanical sample when in the enclosure; and | See, e.g.,  |

|  | **Smokus Focus - Quasar Magnifying Jar Lid with LED Light**

This extraordinary jar lid by Smokus Focus is equipped with high-powered magnifying lenses and bright LED lights letting you see all the details in that green, orange, and purple goodness. Not only is it an interesting way to store and view the contents of your mason jar but its airtight seal provides a smell-proof storage option. Show off the goods in style with this perfect storage jar. Jar not provided, fit's standard wide mouth mason jars.

Dimensions & Specs:

- 3.5 inch diameter (plus handle)
- 1.25 inches tall
- Magnification Level: 4x
- 10-12 Hour Lithium Battery Life
- Rechargeable with Included USB-C Cord |
|---|---|
| d) an elongate mounting projection in the chamber for retaining the botanical sample thereon, wherein the mounting projection extends between a base portion | See, e.g.,

- *3M Adhesive to Stick Directly to Smokus Focus Jar Floor*
- *Adjustable in Size based on Flower Specimen* |

| | |
|---|---|
| adjacent an interior surface of the enclosure and a tip portion spaced apart from the base portion toward a center of the interior chamber, the tip portion shaped to engage and hold the botanical sample for inhibiting movement thereof. | *"Introducing the Smokus Focus Quad Pod! The Smokus Focus Quad Pod allows users to proudly display their most prized flower specimen in an elevated fashion. The Quad pod sticks to the bottom of the Smokus Focus jar . . . "*<br><br>*"This Quad Pod has a small suction cup on the bottom of it that enables you to stick it to the inside floor of the jar, with four prongs to hold the bud in place. Place your order now."*<br><br> |

| Patent Claim 1 | Defendants' Gas Giant Products |
|---|---|
| A display container for a botanical sample, comprising: | |

| | |
|---|---|
| a) an enclosure having an interior chamber for storing the botanical sample, at least a portion of the enclosure being transparent for viewing the botanical sample when in the chamber; | See, e.g.,<br><br>Enclosure<br><br>"Show off your favorite legal herbs in style with these groovy display jars from our buddies at Smokus Focus! The "Gas Giant" Display Jar is big enough to hold around a half pound of your favorite smokable and comes with a rechargeable lid! Each lid is features LED lights and two levels of magnification so you and your friends can pass it around and marvel at the wonders held within all day! Set yourself apart from other smokers and get yourself a Smokus Focus Gas Giant Display Jar!" |
| b) a plurality of scent ports extending through a wall of the enclosure between the interior chamber and environment; | See, e.g.,<br><br>Scent Ports |

| | |
|---|---|
| | Show off your favorite legal herbs in style with these groovy display jars from our buddies at Smokus Focus! The "Gas Giant" Display Jar is big enough to hold around a half pound of your favorite smokable and comes with a rechargeable lid! Each lid is features LED lights and two levels of magnification so you and your friends can pass it around and marvel at the wonders held within all day! Set yourself apart from other smokers and get yourself a Smokus Focus Gas Giant Display Jar! |
| c) a plug mounted to the enclosure and sealing the scent ports, the plug movable away from the enclosure to expose the scent ports for facilitating sampling of an aroma of the botanical sample when in the enclosure; and | See, e.g., <br><br> Plug <br><br> Show off your favorite legal herbs in style with these groovy display jars from our buddies at Smokus Focus! The "Gas Giant" Display Jar is big enough to hold around a half pound of your favorite smokable and comes with a rechargeable lid! Each lid is features LED lights and two levels of magnification so you and your friends can pass it around and marvel at the wonders held within all day! Set yourself apart from other smokers and get yourself a Smokus Focus Gas Giant Display Jar! |
| d) an elongate mounting projection in the chamber for retaining the botanical sample thereon, wherein the mounting projection extends between a base portion adjacent an interior surface of the enclosure and a | See, e.g., <br><br>• *3M Adhesive to Stick Directly to Smokus Focus Jar Floor* <br>• *Adjustable in Size based on Flower Specimen* |

| | |
|---|---|
| tip portion spaced apart from the base portion toward a center of the interior chamber, the tip portion shaped to engage and hold the botanical sample for inhibiting movement thereof. | *"Introducing the Smokus Focus Quad Pod! The Smokus Focus Quad Pod allows users to proudly display their most prized flower specimen in an elevated fashion. The Quad pod sticks to the bottom of the Smokus Focus jar . . . "*<br><br>*"This Quad Pod has a small suction cup on the bottom of it that enables you to stick it to the inside floor of the jar, with four prongs to hold the bud in place. Place your order now."*<br><br> |

| Patent Claim 1 | Defendants' Payload Products |
|---|---|
| A display container for a botanical sample, comprising: | |

| | | |
|---|---|---|
| a) an enclosure having an interior chamber for storing the botanical sample, at least a portion of the enclosure being transparent for viewing the botanical sample when in the chamber; | See, e.g., | Enclosure |
| b) a plurality of scent ports extending through a wall of the enclosure between the interior chamber and environment; | See, e.g., | Scent ports under plug |
| c) a plug mounted to the enclosure and sealing the scent ports, the plug movable away from the enclosure to expose the scent ports for facilitating sampling of an aroma of the botanical sample when in the enclosure; and | See, e.g., | |

| | |
|---|---|
| |  Plug |
| d) an elongate mounting projection in the chamber for retaining the botanical sample thereon, wherein the mounting projection extends between a base portion adjacent an interior surface of the enclosure and a tip portion spaced apart from the base portion toward a center of the interior chamber, the tip portion shaped to engage and hold the botanical sample for inhibiting movement thereof. | See, e.g., <br><br>- *3M Adhesive to Stick Directly to Smokus Focus Jar Floor* <br>- *Adjustable in Size based on Flower Specimen* <br><br>*"Introducing the Smokus Focus Quad Pod! The Smokus Focus Quad Pod allows users to proudly display their most prized flower specimen in an elevated fashion. The Quad pod sticks to the bottom of the Smokus Focus jar . . . "* <br><br>*"This Quad Pod has a small suction cup on the bottom of it that enables you to stick it to the inside floor of the jar, with four prongs to hold the bud in place. Place your order now."* |

