IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-02544

ALL PLASTIC, INC.
a California corporation,

  Plaintiff,

v.

SAMDAN LLC d/b/a SMOKUS FOCUS and SMOKUSFOCUS.COM,
a South Carolina limited liability company,
SAMUEL WHETSEL,
individually and in his official capacity as a member of SamDan LLC, and
DANIEL RUSSELL-EINHORN,
individually and in his official capacity as a member of SamDan LLC,

  Defendants.

## ALL PLASTIC, INC.'S NOTICE OF RELATED CASE
### (Civil Action No. 20-cv-01318-NYW)

TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO, AND

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

  Plaintiff All Plastic, Inc. ("All Plastic") submits this Notice of Related Case pursuant to

D.C.COLO.LCivR 3.2. This case is related to *All Plastic, Inc. v. SamDan LLC et al.*, Civil

Action No. 20-cv-01318-NYW for the following reasons:

- Both cases were filed by the same Plaintiff (All Plastic) against the same Defendants.

- Both cases involve cannabis containers sold by Defendant SamDan LLC, *et al.* ("SamDan").

- Both cases accuse Defendants of infringing patents owned by All Plastic for cannabis containers. United States Patent 10,384,834 (the '834 Patent) titled

"Container for Providing Aromatic Sampling and Visualization of Contents" is asserted in *All Plastic, Inc. v. SamDan LLC et al.*, and the '834 Patent and U.S. Patent 11,001,413 (the '834 Patent) titled "Container for providing aromatic sampling and visualization of contents", which claim priority to the '834 Patent, is asserted in this case.

- Both cases assert the '834 Patent. *All Plastic, Inc. v. SamDan LLC et al.* accuses SamDan's Jetpack product of infringing the '834 Patent and this case accuses SamDan's Quasar, Payload and Gas Giant products of infringing the '834 Patent.
- Both cases involve SamDan's Jetpack product. *All Plastic, Inc. v. SamDan LLC et al.* accuses SamDan's Jetpack product of infringing the '834 Patent and this case accuses the Jetpack product of infringing the '413 Patent.
- The Court has entered its Markman order in *All Plastic, Inc. v. SamDan LLC et al.*, construing the claims of the '834 Patent.

Dated: September 17, 2021

    *s/ Emily L. Wasserman*
Emily L. Wasserman
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, Colorado 80202
Telephone: (303) 892-7339
Email: emily.wasserman@dgslaw.com

and

Jason H. Wilson
Ashley L. Kirk
Breeanna N. Brewer
WILLENKEN LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, California 90017

Telephone: (213) 955-9240
Email: jwilson@willenken.com
    akirk@willenken.com
    bbrewer@willenken.com

Attorneys for Plaintiff
All Plastic, Inc.